UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CONNIE L. DERSHAM,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
                                                   /

Case No. 14-13675

Honorable John Corbett O'Meara

**ORDER ADOPTING MAGISTRATE JUDGE STAFFORD'S
FEBRUARY 16, 2016 REPORT AND RECOMMENDATION**

    The court, pursuant to Rule 72(b) of the Federal Rules of Civil Procedure, 28 U.S.C. § 636(b)(1)(B), and LR 72.1(E.D. Mich. March 1, 2010), has reviewed Magistrate Judge Elizabeth A. Stafford's February 16, 2016 Report and Recommendation, as well as Defendant's February 24, 2016 objections filed thereto and plaintiff Dersham's March 8, 2016 response to those objections.

    After conducting a *de novo* review of the matter, the court hereby **ORDERS** that Magistrate Judge Stafford's February 16, 2016 Report and Recommendation is **ADOPTED.**

    It is further **ORDERED** that Defendant's motion for summary judgment is **DENIED.**

    It is further **ORDERED** that Plaintiff's motion for summary judgment is **GRANTED**, and that this matter is **REMANDED** for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

                                      s/John Corbett O'Meara
                                      United States District Judge

Date: March 22, 2016

    I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, March 22, 2016, using the ECF system.

                                      s/William Barkholz
                                      Case Manager